IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>WOINSHET MEKONNEN )<br>Defendant ) | 1:20po284<br>TVN Nos. 9697716-17<br>Court Date: March 19, 2020<br>Pentagon Criminal Docket |

## MOTION FOR DISMISSAL

The United States of America does not desire to prosecute further the above-referenced

criminal case pertaining to the defendant, WOINSHET MEKONNEN. Accordingly, the United

States hereby moves for a dismissal with prejudice of the above-referenced criminal case,

pertaining to the defendant, WOINSHET MEKONNEN.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

BY: _____/s/_____
Paul A. Embroski
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 693-7374
paul.a.embroski.civ@mail.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2020, I mailed a copy of the

forgoing motion and proposed order to the defendant at his last known address of record.

<pre>
              /s/
_____
Paul A. Embroski
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 693-7374
paul.a.embroski.civ@mail.mil
</pre>